UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 4:06-CR-8-008 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| LEIGH ANN PEDIGO | ) | |
| | ) | |

**ORDER**

On June 29, 2006, Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending (a) the Court accept Defendant Leigh Ann Pedigo's ("Defendant") plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charge set forth in Count One of the Indictment; (c) the written plea agreement be accepted at the time of sentencing; and (d) Defendant remain in custody until sentencing in this matter (Court File No. 229). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with most of the magistrate judge's report and recommendation and will accept it in part. However, the Court does not agree with the magistrate judge's recommendation the Court should enter an order stating it will accept Defendant's written plea agreement at sentencing. Instead, the Court will defer a decision on whether it will accept the written plea agreement until the day of sentencing.

Accordingly, the Court **ACCEPTS** and **ADOPTS IN PART** the magistrate judge's report and recommendation (Court File No. 229) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Indictment; and

(3) Defendant **SHALL REMAIN** in custody until sentencing in this matter.

The Court **DECLINES TO ACCEPT IN PART** the magistrate judge's report and recommendation (Court File No. 229) pursuant to 28 U.S.C. § 636(b)(1) with respect to the magistrate judge's recommendation the written plea agreement will be accepted at the time of sentencing. The Court **DEFERS** its decision to accept or reject the written plea agreement until sentencing.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**